

# NUMBER 13-22-000567-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSE ISABEL PEREZ, Appellant,

v.

TEXAS WORKFORCE COMMISSION, Appellee.

**On appeal from the County Court at Law No. 8
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria**

This matter is before the court on its own motion. On February 2, 2023, the Clerk of the Court notified appellant that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten

days, appellant provided reasonable explanation for his failure to timely file a brief. Appellant failed to respond to the notice and has not filed a brief.

Appellant neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
1st day of June, 2023.